UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON | § |
| | § CIVIL ACTION NO. 4:24-cv-01719 |
| Plaintiff | § |
| | § |
| VS. | § |
| | § |
| BTC PROPERTIES LIMITED PARTNERSHIP | § |
| | § |
| Defendant | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and BTC PROPERTIES LIMITED PARTNERSHIP Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant BTC PROPERTIES LIMITED PARTNERSHIP in their entirety and with prejudice.

### STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant BTC PROPERTIES LIMITED PARTNERSHIP, with each party to bear their own attorney's fees and costs.

DATED:   July 29, 2024        FOR YVONNE CLAYTON Plaintiff

                              BY:   */S/   R. Bruce Tharpe*
                              R. Bruce Tharpe

PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: July 29, 2024

FOR BTC PROPERTIES LIMITED PARTNERSHIP Defendant

Mr. Carl "Bo" Dawson
RYAN & DAWSON
770 South Post Oak Lane, Suite 600
Houston, Texas 77056
(713) 960-1555- office
(713) 960-8497– fax

___*/s/ Carl "Bo" Dawson*____
DEFENDANT'S COUNSEL