United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Yvonne Clayton, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-1719 |
| | § | |
| BTC Properties Limited Partnership, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on July 30, 2024, the above referenced case is hereby dismissed with prejudice as to Defendant BTC Properties Limited Partnership pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 31st day of July, 2024.

DAVID HITTNER
United States District Judge